IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JERRI DAWN BRADFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-218-ALM-KPJ |
| | § | |
| HYOSUNG AMERICA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF SUGGESTION OF DEATH

Defendant, Nautilus Hyosung America, Inc., by and through its undersigned counsel, pursuant to the Federal Rule of Civil Procedure 25(a)(1), hereby suggests upon the record the passing of Plaintiff, Jerri Dawn Bradford, during the pendency of this action. *See* Certification of Death attached hereto as **Exhibit A.**

In light of the passing of Plaintiff, Defendant respectfully requests that the Court require that a representative of Plaintiff have 90 days from this Notice to file a motion for substitution of parties. Fed. R. Civ. P. 25(a)(1).

Respectfully submitted,
*/s/ Sara S. Staha*
Sara S. Staha
TX. State Bar No. 24088368
sara.staha@hklaw.com
**HOLLAND & KNIGHT**
1722 Routh Street
Suite 1500
Dallas, Texas 75201
214.964-9448 telephone
214-964-9501 facsimile
***Counsel for Defendant***

1

## CERTIFICATE OF SERVICE

I certify that on September 7, 2022, I electronically submitted the foregoing documents with the clerk of court for the U.S. District Court, Eastern District of Texas, using the CM/ECF System, which will send notification of such filing to all CM/ECF participants.


_/s/_     _Sara S. Staha_____
Sara S. Staha

2