# EXHIBIT A

**STACEY KEMP, COUNTY CLERK**
COLLIN COUNTY, TEXAS
2300 BLOOMDALE RD, SUITE 2106
MCKINNEY, TX 75071

**CERTIFICATION OF DEATH**

I certify that Jerri Dawn Bradford , DOB January 27, 1993 ,

died on July 2, 2022 , in Collin County, Texas

as evidenced by a death record filed in this office on July 14, 2022 ,

under Vol._____ Page_____ or instrument file number 07003501 .

WITNESS my hand and official seal of office this 6th day of
September , 20 22 .

Stacey Kemp, County Clerk
Collin County, Texas



Deputy

